(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | _SOUTHERN_  District of  _TEXAS_ | |

**Name of Debtor** (if individual, enter Last, First, Middle):
_McLain, Brian_

**Name of Joint Debtor** (Spouse)(Last, First, Middle):

**All Other Names used by the Debtor in the last 6 years**
(include married, maiden, and trade names):
aka Heyward Brian McLain
aka H. B. McLain
aka Aaron Electrical

**All Other Names used by the Joint Debtor in the last 6 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.**
(if more than one, state all) 5178

**Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.**
(if more than one, state all)

**Street Address of Debtor** (No. & Street, City, State & Zip Code):
_3300 Sandra Apt #3_
_Bryan Texas  77801_

**Street Address of Joint Debtor** (No. & Street, City, State & Zip Code):

**County of Residence or of the
Principal Place of Business:** _Brazos_

**County of Residence or of the
Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
_SAME_

**Mailing Address of Joint Debtor** (if different from street address):

**Location of Principal Assets of Business Debtor**
(if different from street address above) _NOT APPLICABLE_

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☒ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

UNITED ST...
SOUTHERN DIS...
FILED
OCT 14 2005
MICHAEL ... CLERK OF COURT

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Ch 47395005229

(Official Form 1) (12/03) West Group, Rochester, NY

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):                **FORM B1,  Page 2**<br><br>*Brian McLain* |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Brian M. Lain*
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*10/13/2005*
Date

### Signature of Attorney

X *man martn*
Signature of Attorney for Debtor(s)

*Marvin Martin 13094300*
Printed Name of Attorney for Debtor(s)

*Law Office of Marvin Martin*
Firm Name

*4103 South Texas Avenue*
Address

*Suite 108*

*Bryan TX  77802*

*(979) 846-8511*   *10/13/2005*
Telephone Number        Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *man martn*   *10/13/2005*
   Signature of Attorney for Debtor(s)   Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
   Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 1 4 2005

MICHAEL N. MILBY, CLERK OF COURT

In re   Brian McLain
        aka Heyward Brian McLain
        aka H. B. McLain
        aka Aaron Electrical

_____ / Debtor

Case No.
Chapter 7

Attorney for Debtor: Marvin Martin

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 991.00
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ 991.00
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . $ _____ 0.00

3. $ _____ 209.00 _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   None other

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   None other

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   None

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   None

Dated: 10/13/2005                    Respectfully submitted,

                                     x Marvin Martin

Attorney for Petitioner: Marvin Martin
                         Law Office of Marvin Martin
                         4103 South Texas Avenue
                         Suite 108
                         Bryan TX  77802

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.    Chapter 7 is designed for debtors in financial  difficulty who do not have the ability to pay their existing debts.

2.    Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4.    Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.    Under certain circumstances you may keep property that you have purchased subject to valid security interest.
Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.    Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.    Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.    After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 10/13/2005 | _Brian Mc'Lain_ | |
| Date | Signature of Debtor | Case Number |

DEBTOR COPY          COURT COPY
(circle one)

FORM B6A (6/90) West Group, Rochester, NY

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 1 4 2005

MICHAEL N. MILBY, CLERK OF COURT

In re __Brian McLain_____ / Debtor

Case No._____
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| .59 acres in Burleson County, Texas further described as Beaver Creek, Lot 3 Section 4A | Fee Simple | | $ 810.00 | $ 0.00 |
| | | **TOTAL $** (Report also on Summary of Schedules.) | 810.00 | |

No continuation sheets attached

FORM B6B (10/89) West Group, Rochester, NY

In re __Brian McLain_____ / Debtor    Case No. _____
                                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in wallet<br>Location: In debtor's possession | | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Guaranty Bank, Bryan, Tx<br>Location: In debtor's possession | | $ 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Used furniture - desk, computer, tv, stereo<br>Location: In debtor's possession | | $ 350.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Used Man's Apparel<br>Location: In debtor's possession | | $ 100.00 |
| 7. Furs and jewelry. | | Used Man's Jewelry - watch<br>Location: In debtor's possession | | $ 20.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 1986 Chevrolet Truck<br>Location: In debtor's possession | | $ 1,500.00 |

Page __1__ of __3__

FORM B6B (10/89) West Group, Rochester, NY

In re _Brian McLain_ _____ / Debtor        Case No. _____
                                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Teachers Retirement System - through employment at Texas A & M University_ _Location: In debtor's possession_ | | $ 30,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |

Page   2   of   3

FORM B6B (10/89) West Group, Rochester, NY

In re _Brian McLain_ _____ / Debtor     Case No. _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➤ | $ 32,220.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Page   3   of   3

In re   *Brian McLain* _____ / Debtor    Case No. _____

(if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash in wallet* | *11 U.S.C. § 522(d)(5)* | $ 0.00 | $ 50.00 |
| *Checking Account* | *11 U.S.C. § 522(d)(5)* | $ 200.00 | $ 200.00 |
| *Used furniture* | *11 USC 522(d)(3)* | $ 350.00 | $ 350.00 |
| *Used Man's Apparel* | *11 USC 522(d)(3)* | $ 100.00 | $ 100.00 |
| *Used Man's Jewelry* | *11 USC 522(d)(4)* | $ 20.00 | $ 20.00 |
| *1986 Chevrolet Truck* | *11 USC 522(d)(2)* | $ 1,500.00 | $ 1,500.00 |
| *Teachers Retirement System* | *11 USC 522(d)(10)(E)* | $ 30,000.00 | $ 30,000.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re <u>Brian McLain</u> _____ / Debtor        Case No. _____

                                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ (Total of this page) | | | 0.00 |
| | | | | Total $ (Use only on last page. Report  total also on Summary of Schedules) | | | 0.00 |

FORM B6E (4/04) West Group, Rochester, NY

In re __Brian McLain_____ / Debtor     Case No._____
                                                                          (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re _Brian McLain_____ / Debtor        Case No._____
                                                                              (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: _0300_<br>_Creditor # : 1_<br>_Burleson County Tax Office_<br>_100 West Buck Street_<br>_Suite #202_<br>_Caldwell Texas 77836_ | | _2004_<br>_Real property taxes_<br>_R30171_ | | | | $ 23.28 | $ 23.28 |
| Account No:<br><br>_Representing:_<br>_Burleson County Tax Office_ | | _Henry Gates Steen, Jr. PC_<br>_3001 N. Lamar Blvd_<br>_Austin TX 78705_ | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. ___1___ of ___1___ continuation sheets attached to

Schedule of Creditors

Subtotal $      23.28
(Total of this page)

Total $      23.28

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Brian McLain _____ / Debtor        Case No. _____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    271<br>**Creditor # : 1**<br>**A-AABAT Self Storage**<br>**6705 N Lamar Blvd**<br>**Austin Texas 78752** | | *2000*<br>*mini-storage rent*<br>*customer code: 271/Shirley* | | | | $ 240.00 |
| Account No:   /106<br>**Creditor # : 2**<br>**ACS Primary Care**<br>**2620 Ridgewood Rd**<br>**Akron OH 44313** | | *2001*<br>*Medical Bills*<br>*DOS: 8/18/01*<br>*Acct #: 16432938-106-2655* | | | | $ 30.89 |
| Account No:   /106<br>**Representing:**<br>**ACS Primary Care** | | *IMBS*<br>*P. O. Box 189053*<br>*Plantation FL 33318-9053* | | | | |
| Account No:   1427<br>**Creditor # : 3**<br>**AT&T Inc.**<br>**P. O. Box 2969**<br>**Omaha Nebraska 68103-2969** | | *2000*<br>*telephone service*<br>*DBA: Arron Electrical*<br>*NCO File #0209932764001* | | | | $ 78.28 |

_12_ continuation sheets attached

Subtotal $ | 349.17
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Brian McLain _____ / Debtor       Case No. _____
                                                                                            (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    1427<br><br>*Representing:*<br>*AT&T Inc.* | | *NCO Financial Systems, Inc.*<br>*1350 Blair Drive*<br>*Suite H*<br>*Odenton MD 21113-1337* | | | | |
| Account No:    4180<br><br>*Creditor # : 4*<br>*AT&T Wireless*<br>*4544 S Lamar*<br>*Suite 600*<br>*Austin Texas 78745* | | *2001*<br>*wireless telephone service*<br>*Nationwide File #921729*<br>*BCR #586594* | | | | $ 375.26 |
| Account No:    4180<br><br>*Representing:*<br>*AT&T Wireless* | | *Nationwide Recovery Systems*<br>*3000 Kellway Dr.*<br>*#108*<br>*Carrollton TX 75006* | | | | |
| Account No:    4180<br><br>*Representing:*<br>*AT&T Wireless* | | *Bureau of Collection Recovery*<br>*Box 116*<br>*Minnetonka MN 55345* | | | | |
| Account No:    014H<br><br>*Creditor # : 5*<br>*Austin Pathology Associates*<br>*P. O. Box 164106*<br>*Austin Texas 78716* | | *2001*<br>*Medical Bills*<br>*DOS: 8/18/01*<br>*Acct #0123000014H* | | | | $ 271.79 |
| Account No:    6689<br><br>*Creditor # : 6*<br>*Bank of America*<br>*111 University Dr. E.*<br>*College Station TX 77840* | | *2003*<br>*Bank overdraft* | | | | $ 157.95 |

Sheet No.  1  of  12  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    805.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Brian McLain _____ / Debtor       Case No. _____
                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  6689<br><br>*Representing:*<br>*Bank of America* | | *TRS Recovery Services, Inc.*<br>*P. O. Box 17450*<br>*Denver CO 80217-0450* | | | | |
| Account No:  3438<br><br>*Creditor # : 7*<br>*Bryan Radiology Associates*<br>*P. O. Box 5306*<br>*Bryan Texas 77805* | | *2001*<br>*Medical Bills*<br>*DOS: 11/6/01*<br>*Acct #: 173438* | | | | $ 70.00 |
| Account No:  3438<br><br>*Representing:*<br>*Bryan Radiology Associates* | | *Financial Control Services*<br>*6801 Sanger Avenue*<br>*Suite 195*<br>*Waco Texas 76710* | | | | |
| Account No:  3048<br><br>*Creditor # : 8*<br>*Capital Surgeons Group*<br>*3705 Medical Parkway*<br>*Suite #250*<br>*Austin Texas 78705* | | *2002*<br>*Medical Bills*<br>*Acct #033048*<br>*Patient: Heyward B. McLain* | | | | $ 212.64 |
| Account No:  5425<br><br>*Creditor # : 9*<br>*Cardiovascular Anesthesiology*<br>*P. O. Box 651465*<br>*Charlotte NC 28265-1465* | | *2001*<br>*Medical Bills*<br>*DOS: 8/19/01* | | | | $ 156.00 |
| Account No:  5425<br><br>*Representing:*<br>*Cardiovascular Anesthesiology* | | *Medical Debt Management, Inc.*<br>*P. O. Box 814367*<br>*Dallas TX 75381* | | | | |

Sheet No.  2  of  12  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    438.64
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Brian McLain _____ / Debtor     Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    1199<br>Creditor # : 10<br>CBSI<br>550 Greensboro Avenue<br>Tuscaloosa Alabama 35401 | | 2001<br>Credit Card Purchases | | | | $ 5,443.74 |
| Account No:    5142<br>Creditor # : 11<br>Clinical Pathology Laboratory<br>P. O. Box 141669<br>Austin Texas 78714-4344 | | 2002<br>Medical Bills<br>Acct # BB205142<br>DOS: 7/10/02 | | | | $ 474.50 |
| Account No:    1746<br>Creditor # : 12<br>College Station Medical Center<br>P. O. Box 848526<br>Dallas TX 75284-8526 | | 2001<br>Medical Bills<br>Patient: H. B. McLain<br>DOS: 7/30/01 | | | | $ 126.00 |
| Account No:    3648<br>Creditor # : 13<br>Compass Bank<br>Bankcard Center<br>P. O. Box 2210<br>Decatur Alabama 35699 | | 2003<br>Credit Card Purchases<br>TLFC Ref #1951516 | | | | $ 6,815.57 |
| Account No:    3648<br>Representing:<br>Compass Bank | | LHR<br>56 Main Street<br>Hamburg NY 14075-4905 | | | | |
| Account No:    3648<br>Representing:<br>Compass Bank | | True Logic Financial Corp<br>P. O. Box 4437<br>Englewood   CO 80155-4437 | | | | |

Sheet No.  3  of   12 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      12,859.81
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian McLain_____ / Debtor      Case No._____
                                                                                         (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   3648  *Representing:* Compass Bank | | *CBSi* P. O. Box 3227 Tuscaloosa AL 35403 | | | | |
| Account No:   7136  *Creditor #  : 14* Conoco P O Box 5000 Ponca City OK 74602 | | 2000 *Credit fuel purchases* | | | | $ 272.12 |
| Account No:   7136  *Representing:* Conoco | | *Computer Credit Inc.* P. O. Box 5238 Winston-Salem NC 27113-5238 | | | | |
| Account No:   7675  *Creditor #  : 15* Diamond Shamrock P. O. Box 631 Amarillo Texas 79105-0631 | | 2001 *Credit fuel purchases* Diamond Shamrock #06787675 | | | | $ 394.99 |
| Account No:   7675  *Representing:* Diamond Shamrock | | *Risk Management Alternatives* 802 E. Martintown Rd Suite 201 North Augusta SC 29841 | | | | |
| Account No:   7675  *Representing:* Diamond Shamrock | | *John L. Jackson* *Universal Fidelity corp.* 1445 Landham Creek Dr. Houston  TX 77084 | | | | |

Sheet No. __4__ of __12__ continuation sheets attached to Schedule of      Subtotal $                        667.11
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)
                                                                          Total $
                                               (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian McLain_ _____ / Debtor     Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code to r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    3183 <br> Creditor # : 16 <br> Discover <br> PO Box 15192 <br> Wilmington DE 19850-5192 | | 2002 <br> Credit Card Purchases <br> Discover #6011-0081-1023-3183 <br> 1st Select #4168-1001-1531-9830 | | | | $ 13,940.70 |
| Account No:    3183 <br> Representing: <br> Discover | | Asset Acceptance LLC <br> P. O. Box 2036 <br> Warren MI 48090-2036 | | | | |
| Account No:    3183 <br> Representing: <br> Discover | | First Select <br> P. O. Box 9074 <br> Pleasanton CA 94566 | | | | |
| Account No:    3183 <br> Representing: <br> Discover | | Risk Management Alternatives <br> 8400 West 110th <br> Ste 520 <br> Overland Park KS 66210 | | | | |
| Account No:    6358 <br> Creditor # : 17 <br> First USA <br> P. O. Box 8653 <br> Wilmington DE 19899-8653 | | 2000 <br> Credit Card Purchases <br> AA LLC #9672206 <br> Northland #72344848*1 | | | | $ 18,779.94 |
| Account No:    6358 <br> Representing: <br> First USA | | Asset Acceptance LLC <br> P. O. Box 2036 <br> Warren MI 48090-2036 | | | | |

Sheet No. _5_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    32,720.64
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian McLain_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   6358<br>Representing:<br>First USA | | Northland Group, Inc.<br>P. O. Box 390846<br>Mail Code CP7<br>Edina MN 55439 | | | | |
| Account No:   6358<br>Representing:<br>First USA | | NAFS<br>P. O. Box 9027<br>Williamsville NY 14231-9027 | | | | |
| Account No:   6358<br>Representing:<br>First USA | | Viking Collection Service SW<br>P. O. Box 7366<br>Phoenix  AZ 85011-7366 | | | | |
| Account No:   8228<br>Creditor # : 18<br>GE Money Bank<br>4246 S. Riverboat Road<br>Suite 200<br>Salt Lake City UT 84123 | | 2001<br>Credit Card Purchases<br>Agency ID #GEC000000066969 | | | | $ 3,134.13 |
| Account No:   8228<br>Representing:<br>GE Money Bank | | Professional Bureau of Collect<br>9675 Elk Grove Florin Rd<br>Elk Grove CA 95624 | | | | |
| Account No:   2620<br>Creditor # : 19<br>GE Money Bank<br>4246 S. Riverboat Road<br>Suite 200<br>Salt Lake City UT 84123 | | 2001<br>Credit Card Purchases<br>Agency ID #GEC000000047237 | | | | $ 492.13 |

Sheet No. __6__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     3,626.26
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Brian McLain _____ / Debtor        Case No. _____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2620  Representing:  GE Money Bank | | Professional Bureau of Collect 9675 Elk Grove Florin Rd Elk Grove CA 95624 | | | | |
| Account No:   0014  Creditor # : 20 Heart Hospital of Austin 3801 North Lamar Blvd Austin Texas 78756-4080 | | 2002 Medical Bills DOS: 8/19/01 File #: 6343013 | | | | $ 434.63 |
| Account No:   0014  Representing:  Heart Hospital of Austin | | FMA Alliance, Ltd. 11811 North Freeway Suite 900 Houston  TX 77060 | | | | |
| Account No:   2620  Creditor # : 21 Home Depot P. O. Box 103072 Roswell GA 30076 | | 2000 On account RMA #20167441030 | | | | $ 492.13 |
| Account No:   2620  Representing:  Home Depot | | Risk Management Alternatives 2200 S. Bussee Road Mt. Prospect IL 60056 | | | | |
| Account No:   0727  Creditor # : 22 Houston Premium Finance Corp. P O Drawer 1309 Houston  Texas 75671 | | 2001 On account | | | | $ 392.10 |

Sheet No.   7 of   12 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            1,318.86
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian McLain_____ / Debtor          Case No._____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   8228<br><br>Creditor # : 23<br>Lowe's<br>P. O. Box 103079<br>Roswell GA 30076 | | 2001<br>On account<br>GCS Acct #C82221441288228 | | | | $ 3,053.23 |
| Account No:   8228<br><br>Representing:<br>Lowe's | | GC Services LP<br>Collection Agency Division<br>6330 Gulfton<br>Houston  TX 77081 | | | | |
| Account No:   3440<br><br>Creditor # : 24<br>MBNA America<br>P. O. Box 15026<br>Wilmington DE 19850-5026 | | 2000<br>Credit Card Purchases<br>Acct AKA #:5490994999176555<br>Cambece #12249024010302264 | | | | $ 6,316.85 |
| Account No:   3440<br><br>Representing:<br>MBNA America | | Cambece Law Firm<br>8 Bourbon St.<br>Peabody MA 01960 | | | | |
| Account No:   5928<br><br>Creditor # : 25<br>MCFC National Bank<br>P. O. Box 22001<br>Tulsa  OK 74121-2001 | | 2000<br>Credit fuel purchases<br>Focus: File #4208313  Acct #00566690<br>NWC: ID #00320154842 | | | | $ 683.67 |
| Account No:   5928<br><br>Representing:<br>MCFC National Bank | | Focus Receivables Management<br>P. O. Box 723060<br>Atlanta GA 31139 | | | | |

Sheet No.   8  of   12  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   10,053.75
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re <u>Brian McLain</u> _____ / Debtor    Case No. _____
                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5928<br><br>Representing:<br>MCFC National Bank | | | Nationwide Credit, Inc.<br>450 N. Sam Houston Pkwy E.<br>Suite 240<br>Houston   TX 77060 | | | | |
| Account No:   5928<br><br>Representing:<br>MCFC National Bank | | | Cavalry Investments, LLC<br>P. O. Box 80127<br>Phoenix AZ 85060 | | | | |
| Account No:<br><br>Creditor # : 26<br>Richard Conklin, MD<br>1602 Rock Prairie Road<br>Suite #220<br>College Station Texas 77845 | | | 2001<br>Medical Bills | | | | $ 40.00 |
| Account No:   7124<br><br>Creditor # : 27<br>Sears, Roebuck and Co<br>P. O. Box 818017<br>Cleveland OH 44181-8017 | | | 2000<br>On account<br>Acct / Ref #5645647124 | | | | $ 4,374.41 |
| Account No:   7124<br><br>Representing:<br>Sears, Roebuck and Co | | | NCO Financial Systems, Inc.<br>P. O. Box 7629<br>Ft. Washington  PA 19034-7629 | | | | |
| Account No:   7124<br><br>Representing:<br>Sears, Roebuck and Co | | | Allied Interstate<br>3111 S. Dixie Highway<br>Suite 101<br>West Palm Beach FL 33405 | | | | |

Sheet No. __9__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    4,414.41
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian McLain_____ / Debtor     Case No. _____
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7124<br><br>*Representing:*<br>*Sears, Roebuck and Co* | | Risk Management Alt.<br>P. O.  Box 105610<br>Atlanta GA 30348 | | | | |
| Account No:   8658<br><br>*Creditor # : 28*<br>*St. Joseph Reg Med Ctr*<br>*P. O. Box 3867*<br>*Bryan Texas 77805-3952* | | 2001<br>Medical Bills<br>Patient: Brian McLain<br>Acct #J00010308658 | | | | $ 549.44 |
| Account No:   8658<br><br>*Representing:*<br>*St. Joseph Reg Med Ctr* | | Financial Control Services<br>6801 Sanger Avenue<br>Suite 195<br>Waco Texas 76710 | | | | |
| Account No:   2134<br><br>*Creditor # : 29*<br>*STC Solutions*<br>*P. O. Box 24100*<br>*Los Angeles CA 90024-0100* | | 2000<br>On account | | | | $ 352.27 |
| Account No:   8023<br><br>*Creditor # : 30*<br>*Transamerica Retail Financial*<br>*Polaris*<br>*P. O. Box 14930*<br>*Shawnee Mission KS 66285-4930* | | 2002<br>deficiency on motorcycle | | | | $ 4,930.49 |
| Account No:   8023<br><br>*Representing:*<br>*Transamerica Retail Financial* | | Sherman Acquisition TA LP<br>Attn: Cons Loans Cust Serv<br>P. O. Box 10348<br>Greenville SC 29603 | | | | |

Sheet No. _10_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    5,832.20
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  _Brian McLain_____ / Debtor          Case No. _____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8023<br><br>*Representing:*<br>*Transamerica Retail Financial* | | | *Alegis Group, LP*<br>*9700 Bissonnet*<br>*Suite 2000*<br>*Houston  TX 77036* | | | | |
| Account No:<br><br>*Creditor # : 31*<br>*Venture Lighting International*<br>*32000 Aurora Road*<br>*Solon OH 44139* | | | 2001<br>On account<br>DBA: Aaron Electric | | | | $ 4,195.84 |
| Account No:<br><br>*Representing:*<br>*Venture Lighting International* | | | *Newton & Associates*<br>*P. O. Box 641370*<br>*Kenner LA 70064-1370* | | | | |
| Account No:   8646<br><br>*Creditor # : 32*<br>*Verizon Directories*<br>*Attn: Customer Service*<br>*P. O. Box 619009*<br>*DFW Airport TX 75261-9009* | | | 2005<br>Advertising | | | | $ 345.60 |
| Account No:   5109<br><br>*Creditor # : 33*<br>*Verizon Southwest*<br>*Attn: Bankruptcy Dept.*<br>*P. O. Box 920041*<br>*Dallas TX 75392-0041* | | | 2004<br>telephone service<br>979-775-8475<br>File #9797758475020808 | | | | $ 276.35 |
| Account No:   5109<br><br>*Representing:*<br>*Verizon Southwest* | | | *I.C. System Inc.*<br>*PO Box 64437*<br>*St. Paul MN 55164-0437* | | | | |

Sheet No. _11_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     4,817.79
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  *Brian McLain* _____ / Debtor    Case No. _____
                                                                                          (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  1315<br><br>Creditor # : 34<br>Villa West Apartments - Office<br>3410 Finfeather<br>Bryan TX 77801 | | | 2004<br>Apartment lease claim<br>Resident ID#T00000446 / Apt #1315<br>PH&S #1329534 | | | | $ 791.32 |
| Account No:  1315<br><br>Representing:<br>Villa West Apartments - Office | | | DTI Investments, Inc.<br>1912 N. Broadway<br>Suite 300<br>Santa Ana CA 92706 | | | | |
| Account No:  1315<br><br>Representing:<br>Villa West Apartments - Office | | | Pierce Hamilton & Stern<br>6931 Arlington Road<br>Suite 400<br> Bethesda MD 20814-5231 | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  12  of      12  continuation sheets attached to Schedule of     Subtotal $          791.32
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)
                                                                            Total $        78,694.96
                                                             (Report total also on Summary of Schedules)

FORM B6G (10/89) West Group, Rochester, NY

In re _Brian McLain_        / Debtor     Case No. _____

                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
     creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

FORM B6H (6/90) West Group, Rochester, NY

In re _Brian McLain_ _____ / Debtor     Case No. _____
                                                                   (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (12/03) West Group, Rochester, NY

In re _Brian McLain_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Electrician_ | |
| Name of Employer | _Texas A & M University_ | |
| How Long Employed | _15 years_ | |
| Address of Employer | _Rudder Theater Complex_ _College Station TX  77843_ | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $  _2,303.60_ | $  _0.00_ |
| Estimated Monthly Overtime | $  _782.90_ | $  _0.00_ |
| SUBTOTAL | $  _3,086.50_ | $  _0.00_ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $  _612.28_ | $  _0.00_ |
| b. Insurance | $  _138.86_ | $  _0.00_ |
| c. Union Dues | $  _0.00_ | $  _0.00_ |
| d. Other (Specify): _parking_ | $  _59.95_ | $  _0.00_ |
| _Teacher Retirement_ | $  _197.53_ | $  _0.00_ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $  _1,008.63_ | $  _0.00_ |
| TOTAL NET MONTHLY TAKE HOME PAY | $  _2,077.88_ | $  _0.00_ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $  _0.00_ | $  _0.00_ |
| Income from Real Property | $  _0.00_ | $  _0.00_ |
| Interest and dividends | $  _0.00_ | $  _0.00_ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $  _0.00_ | $  _0.00_ |
| Social Security or other government assistance Specify: | $  _0.00_ | $  _0.00_ |
| Pension or retirement income | | |
| Other monthly income Specify: | $  _0.00_ | $  _0.00_ |
| TOTAL MONTHLY INCOME | $  _2,077.88_ | $  _0.00_ |
| TOTAL COMBINED MONTHLY INCOME  $  _2,077.88_ (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re **Brian McLain** _____ / Debtor          Case No. _____

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 300.00 |
| Are real estate taxes included?    Yes ☐   No ☒ | |
| Is property insurance included?    Yes ☐   No ☒ | |
| Utilities: Electricity and heating fuel | $ 150.00 |
|      Water and sewer | $ 50.00 |
|      Telephone | $ 65.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 300.00 |
| Clothing | $ 40.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 60.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ 0.00 |
|      Life | $ 0.00 |
|      Health | $ 0.00 |
|      Auto | $ 75.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $ 0.00 |
|      Other: | $ 0.00 |
|      Other: | $ 0.00 |
|      Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 200.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 80.00 |
| Other:  *Mini-Storage* | $ 107.00 |
| Other:  *Pet Care* | $ 25.00 |
| Other: | $ 0.00 |
| **TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules) | $ 1,992.00 |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  *Brian McLain*

Case No.
Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | **AMOUNTS SCHEDULED** | | |
| A-Real Property | Yes | 1 | $        810.00 | | |
| B-Personal Property | Yes | 3 | $     32,220.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $         0.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $        23.28 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $     78,694.96 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $      2,077.88 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $      1,992.00 |
| Total Number of Sheets in All Schedules ► | | 25 | | | |
| Total Assets ► | | | $     33,030.00 | | |
| Total Liabilities ► | | | | $     78,718.24 | |

FORM B6 (6/90) West Group. Rochester, NY

In re _Brian McLain_ _____ / Debtor   Case No. _____
                                                                           (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___26___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _10/13/2005_____   Signature _____

                                        _Brian McLain_

Form 7 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re Brian McLain
   aka Heyward Brian McLain
   aka H. B. McLain
   aka Aaron Electrical

Case No.
Chapter  7

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| Year to date: $18755.58 | Texas A & M University / self employed electrical contracting "Aaron Electrical" |
| Last Year: $26367/ –$187 | |
| Year before: $26505./ $365 / –$1450 | Texas A & M University / self employed electrical contracting "Aaron Electrical" |
| | Texas A & M University / self employed electrical contracting "Aaron Electrical" / capital gain or loss |

---

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

Form 7 (12/03) West Group, Rochester, NY

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

### 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Marvin Martin Address: 4103 South Texas Avenue Suite 108 Bryan, TX 77802* | *Date of Payment: 10/17/02 & 10/23/02 Payor: Brian McLain* | *$209 filing fee & $141. of $991. attorney fee; $850. balance of $991. attorney fee* |

### 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

### 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Brian McLain*<br>*Address: 3410 Finfeather, Apt*<br>*#1315, Bryan, Tx 77803* | *Name(s): Brian McLain* | *June 2002 thru Dec 2003* |

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Name: Josephine Taylor*

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/13/2005_____    Signature ___Brian McLain_____
                                              Brian McLain

Date _____    Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

In re *Brian McLain*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.  Property to Be Retained.**                              [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _10/13/2005_

Debtor: *Brian McLain*

Date: _10/13/2005_

Joint Debtor: _____